ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Joyce R. FUNAI, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3284.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2004.

James L. Major, Major & Associates, Broadview Hgts., OH, for Petitioner.

### ORDER

Order Vacated, See 2004 WL 2287782.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.